LUISA CAIAZZA, ET AL. v. BALLY MANUFACTURING, INC.,
ETC., ET AL.

June 5, 1986.

Petitions for certification denied.

LUISA CAIAZZA, ET AL. v. BALLY MANUFACTURING, INC.,
ETC., ET AL.

SIX FLAGS CORPORATION, ET AL. v. LUISA CAIAZZA, ET AL.

June 5, 1986.

Petition for certification denied.

ROY A. YANVARY v. CITY OF PERTH AMBOY, ET AL.

June 11, 1986.

Petition for certification denied.